3

# CHAMBERS MINUTES

Felix Recio,  Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

OCT 1 9 2000

Michael N. Milby
Clerk of Court

Date                : Oct 19, 2000, 2:00 pm

---

### C.A. NO. B00-092 (HGT)

---

UNITED STATES OF AMERICA          *      M H Cersonsky
      VS                          *
VERONICA FORTSON                   *
aka Veronica Vento Bumbulis

---

### INITIAL PRETRIAL CONFERENCE

The parties did not appear.

(Later: Mr. Cersonsky, Plaintiff's attorney, telephonically informed the Court that a motion to dismiss will be filed.)